**Timothy N. SHIELDS, Claimant–Appellant**

v.

**Robert A. MCDONALD, Secretary of Veterans Affairs, Respondent–Appellee**

2016-1072

United States Court of Appeals, Federal Circuit.

August 9, 2016

ROBERT PAUL WALSH, Law Office of Robert P. Walsh, Battle Creek, MI, argued for claimant-appellant.

MARK E. PORADA, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., SCOTT D. AUSTIN; Y. KEN LEE, BRANDON A. JONAS, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

## JUDGMENT

Per Curiam (O'Malley, Wallach, and Taranto, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**